In the Matter of MEGHAN H., a Neglected Child. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHERRY H., Appellant.

Submitted March 28, 2005; decided April 5, 2005

Motion for leave to appeal dismissed upon the ground that no appeal lies from the Appellate Division order dismissing the appeal to that Court from the order entered upon default (*see* CPLR 5511).

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANDREW H. VAN BUREN, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARY B. JEANNITON, Respondent.

Submitted April 4, 2005; decided April 5, 2005

Motion by Coalition of Watershed Towns for leave to appear amicus curiae on the appeals herein granted to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID A. THIGPEN, Appellant, v MICHAEL E. GIAMBRUNO et al., Respondents.

Submitted March 7, 2005; decided April 5, 2005

Motion for leave to appeal dismissed upon the ground that the document from which leave to appeal is sought does not constitute an order or judgment appealable to the Court of Appeals (*see* NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic.